# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:  
Debtors: Nancy J. Burns

Case No: 16-23867  
Loan Number (Last 4): 7974

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| LSF9 Master Participation Trust<br>Serviced by Select Portfolio Servicing, Inc. | LSF9 MASTER PARTICIPATION TRUST<br>c/o Caliber Home Loans, Inc. |

Name and Address where notices to transferee should be sent:

PO Box 65250  
Salt Lake City, UT 84165

Court Claim # (if known): 5  
Amount of Claim: $75,900.75  
Date Claim Filed: 12/29/2016

Phone: 1-800-258-8602  
Last Four Digits of Acct #: 7974

Last Four Digits of Acct #: 2847

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.  
Attn: Remittance Processing  
PO Box 65450  
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602  
Last Four Digits of Acct #: 7974

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley  
InfoEx, LLC, as authorized filing agent  
(Approved by: Dilan Foutz)

Date: 05/18/2021

Specific Contact Information:  
Dilan Foutz - BK Specialist  
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.