2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-23867-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Nancy J. Burns  
1217 Tweed Street  
Pittsburgh PA 15204

Renee J. Terney  
1217 Tweed Street  
Pittsburgh PA 15204

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

LSF9 Master Participation Trust  
Serviced by Select Portfolio Servicing,  
PO Box 65250  
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/21/21

Michael R. Rhodes  
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23867-GLT |
| Nancy J. Burns | Chapter 13 |
| Renee J. Terney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　User: mgut　　　　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: May 19, 2021　　　　　　　　Form ID: trc　　　　　　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14342557 | + Email/Text: ECMBKMail@Caliberhomeloans.com | May 20 2021 02:13:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2021　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Renee J. Terney keenan662@gmail.com  melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Nancy J. Burns keenan662@gmail.com  melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewage Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | |

| District/off: 0315-2 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: trc | Total Noticed: 1 |

    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joseph A. Dessoye
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Maria Miksich
    on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11