IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-23867-GLT** |
| **Nancy J. Burns** | ) | **Chapter  13** |
| **Renee J. Terney** | ) | **Doc. No.** |
|     **Debtor** | ) | |
| **Nancy J. Burns** | ) | |
| **Renee J. Terney** | ) | |
|     **Movant** | ) | |
| **v.** | ) | |
|     **No Respondent(s)** | ) | |
| | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **XX The Debtors are not required to pay any Domestic Support Obligations**

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On, September  28, 2021at docket number 55**,** the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.]**

Dated: **October 5, 2021**      /s/Bryan P. Keenan
**Bryan P. Keenan, PA ID # 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412)-922-5116**
**keenan662@gmail.com**