Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Nancy J. Burns** : | Case No. 16−23867−GLT |
| **Renee J. Terney** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 57 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/22/21 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of October, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 57 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before December 9, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *December 22, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23867-GLT |
| Nancy J. Burns | Chapter 13 |
| Renee J. Terney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Oct 26, 2021 | Form ID: 604 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nancy J. Burns, Renee J. Terney, 1217 Tweed Street, Pittsburgh, PA 15204-1633 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Pittsburgh Water & Sewage Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14318692 | + | Alcosan, 3300 Preble Avenue, Pittsburgh, PA 15233-1025 |
| 14306114 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14390579 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14306116 | + | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 14306117 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14306118 | | LSF9 Master Participation Trust, c/o Cliber Home Loans, Pittsburgh, PA 15209 |
| 14306119 | | LSF9 Master Participation Trust, 13801 Wireless Way, Pittsburgh, PA 15209 |
| 15377438 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14306120 | + | Manley Deas Kochalski LL, c/o Kimberly J. Hong, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14318690 | + | Northland Group, Re: Capital One, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 14318688 | + | Omega, Re: Vivint Smart Home, 7505 NW Tiffany Springs, Parkway Suite 500, Kansas City, MO 64153-1386 |
| 14318691 | | PWSA, PO Box 578, Alton, IL 62002-0578 |
| 14390535 | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14306121 | + | Riverset Credit Union, 53 S 10th St, Pittsburgh, PA 15203-1142 |
| 14336978 | + | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |
| 14308814 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14317965 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14306113 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14306115 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:07 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14318687 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2021 23:36:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14380235 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2021 23:36:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14342557 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 26 2021 23:36:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14381572 | | Email/Text: peritus@ebn.phinsolutions.com | | |

Case 16-23867-GLT    Doc 62    Filed 10/28/21    Entered 10/29/21 00:33:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 604 | Total Noticed: 33 |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | Oct 26 2021 23:36:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14380225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307620 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14344872 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 26 2021 23:36:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14306122 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:05 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14318689 | | Email/Text: exceptionreview@vivint.com | Oct 26 2021 23:35:00 | Vivint, 4931 North 300 West, Provo, UT 84604 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | LSF9 Master Participation Trust |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Renee J. Terney keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Nancy J. Burns keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewage Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |

District/off: 0315-2 — User: dbas — Page 3 of 3
Date Rcvd: Oct 26, 2021 — Form ID: 604 — Total Noticed: 33

Joseph A. Dessoye
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Maria Miksich
    on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11