| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nancy J. Burns** | Social Security number or ITIN  **xxx–xx–7644** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Renee J. Terney** | Social Security number or ITIN  **xxx–xx–4863** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–23867–GLT** | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy J. Burns                                         Renee J. Terney

12/13/21                                   **By the court:**     Gregory L. Taddonio
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23867-GLT |
| Nancy J. Burns | Chapter 13 |
| Renee J. Terney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 3 |
| Date Rcvd: Dec 13, 2021 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nancy J. Burns, Renee J. Terney, 1217 Tweed Street, Pittsburgh, PA 15204-1633 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Pittsburgh Water & Sewage Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14318692 | + | Alcosan, 3300 Preble Avenue, Pittsburgh, PA 15233-1025 |
| 14306114 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14390579 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14306116 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank of PA, 4140 E State Street, Hermitage, PA 16148 |
| 14306117 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14306118 | | LSF9 Master Participation Trust, c/o Cliber Home Loans, Pittsburgh, PA 15209 |
| 14306119 | | LSF9 Master Participation Trust, 13801 Wireless Way, Pittsburgh, PA 15209 |
| 15377438 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14318690 | + | Northland Group, Re: Capital One, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 14318688 | + | Omega, Re: Vivint Smart Home, 7505 NW Tiffany Springs, Parkway Suite 500, Kansas City, MO 64153-1386 |
| 14318691 | | PWSA, PO Box 578, Alton, IL 62002-0578 |
| 14390535 | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14306121 | + | Riverset Credit Union, 53 S 10th St, Pittsburgh, PA 15203-1142 |
| 14336978 | + | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |
| 14308814 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 14 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2021 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 14 2021 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2021 23:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | City & School District of Pittsburgh, Goehring, |

Case 16-23867-GLT   Doc 68   Filed 12/15/21   Entered 12/16/21 00:27:16   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2021 23:09:00 | Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 13 2021 23:09:00 | Pittsburgh Water & Sewage Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14317965 | | EDI: GMACFS.COM | Dec 14 2021 04:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14306113 | + | EDI: GMACFS.COM | Dec 14 2021 04:03:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14306115 | + | EDI: CAPITALONE.COM | Dec 14 2021 04:03:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14390579 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14318687 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2021 23:10:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14380235 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2021 23:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14306116 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 13 2021 23:09:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148 |
| 14342557 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2021 23:10:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14306120 | | Email/Text: amps@manleydeas.com | Dec 13 2021 23:09:00 | Manley Deas Kochalski LL, c/o Kimberly J. Hong, P.O. Box 165028, Columbus, OH 43216 |
| 14381572 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 13 2021 23:10:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14380225 | | EDI: PRA.COM | Dec 14 2021 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307620 | + | EDI: RECOVERYCORP.COM | Dec 14 2021 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14344872 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 13 2021 23:10:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14390535 | + | Email/Text: ebnpwsa@grblaw.com | Dec 13 2021 23:09:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14306122 | + | EDI: RMSC.COM | Dec 14 2021 04:03:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14318689 | | Email/Text: exceptionreview@vivint.com | Dec 13 2021 23:09:00 | Vivint, 4931 North 300 West, Provo, UT 84604 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | LSF9 Master Participation Trust |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

Case 16-23867-GLT    Doc 68    Filed 12/15/21    Entered 12/16/21 00:27:16    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: mgut | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: 3180W | Total Noticed: 35 |

cr            *+            PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
                    on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com

Bryan P. Keenan
                    on behalf of Joint Debtor Renee J. Terney keenan662@gmail.com
                    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
                    on behalf of Debtor Nancy J. Burns keenan662@gmail.com
                    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey R. Hunt
                    on behalf of Creditor Pittsburgh Water & Sewage Authority jhunt@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jerome B. Blank
                    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joseph A. Dessoye
                    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Maria Miksich
                    on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
                    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 12