IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NANCY J. BURNS
RENEE J. TERNEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-23867

Chapter 13

Related to Docket No. 57

FILED
12/13/21 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __13th Day of December, 2021__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nancy J. Burns  
Renee J. Terney  
    Debtors

Case No. 16-23867-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 3  
Date Rcvd: Dec 13, 2021     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nancy J. Burns, Renee J. Terney, 1217 Tweed Street, Pittsburgh, PA 15204-1633 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Pittsburgh Water & Sewage Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14318692 | + | Alcosan, 3300 Preble Avenue, Pittsburgh, PA 15233-1025 |
| 14306114 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14390579 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14306116 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank of PA, 4140 E State Street, Hermitage, PA 16148 |
| 14306117 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14306118 | | LSF9 Master Participation Trust, c/o Cliber Home Loans, Pittsburgh, PA 15209 |
| 14306119 | | LSF9 Master Participation Trust, 13801 Wireless Way, Pittsburgh, PA 15209 |
| 15377438 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14318690 | + | Northland Group, Re: Capital One, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 14318688 | + | Omega, Re: Vivint Smart Home, 7505 NW Tiffany Springs, Parkway Suite 500, Kansas City, MO 64153-1386 |
| 14318691 | | PWSA, PO Box 578, Alton, IL 62002-0578 |
| 14390535 | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14306121 | + | Riverset Credit Union, 53 S 10th St, Pittsburgh, PA 15203-1142 |
| 14336978 | + | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |
| 14308814 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2021 23:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 13 2021 23:09:00 | Pittsburgh Water & Sewage Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14317965 | | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2021 23:09:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14306113 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2021 23:09:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14306115 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2021 23:17:30 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14390579 | + | Email/Text: ebnjts@grblaw.com | Dec 13 2021 23:09:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14318687 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2021 23:10:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14380235 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2021 23:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14306116 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 13 2021 23:09:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148 |
| 14342557 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2021 23:10:00 | LSF9 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14306120 | | Email/Text: amps@manleydeas.com | Dec 13 2021 23:09:00 | Manley Deas Kochalski LL, c/o Kimberly J. Hong, P.O. Box 165028, Columbus, OH 43216 |
| 14381572 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 13 2021 23:10:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14380225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2021 23:17:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307620 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 13 2021 23:17:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14344872 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 13 2021 23:10:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14390535 | + | Email/Text: ebnpwsa@grblaw.com | Dec 13 2021 23:09:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14306122 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 23:17:34 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14318689 | | Email/Text: exceptionreview@vivint.com | Dec 13 2021 23:09:00 | Vivint, 4931 North 300 West, Provo, UT 84604 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | LSF9 Master Participation Trust |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 3 of 3 |
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 33 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2021               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
 on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com

Bryan P. Keenan
 on behalf of Joint Debtor Renee J. Terney keenan662@gmail.com
 melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
 on behalf of Debtor Nancy J. Burns keenan662@gmail.com
 melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey R. Hunt
 on behalf of Creditor Pittsburgh Water & Sewage Authority jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jerome B. Blank
 on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joseph A. Dessoye
 on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Maria Miksich
 on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
 on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
 ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 12